**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

VIRTUALAGILITY, INC.   v.   SALESFORCE.COM, INC.

No. 14-1232

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for:   See Attached for Complete List
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jose C. Villarreal |
| Law firm: | Wilson Sonsini Goodrich & Rosati |
| Address: | 900 S. Capital of Texas Hwy., Las Cimas IV, 5th Floor |
| City, State and ZIP: | Austin, Texas 78746 |
| Telephone: | 512-338-5400 |
| Fax #: | 512-338-5499 |
| E-mail address: | jvillarreal@wsgr.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/21/1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 1/22/2014 | /s/: Jose C. Villarreal |
| Date | Signature of pro se or counsel |
| | Jose C. Villarreal |

cc: _____

## PARTIES REPRESENTED BY JOSE C. VILLARREAL

- salesforce.com, inc.
- Dell, Inc.
- Dr Pepper Snapple Group, Inc.
- NBCUniversal, Inc.
- LivingSocial, Inc.
- FedEx Corporation
- FedEx Corporate Services, Inc.
- BMC Software, Inc.
- Bank of America Corporation
- Bank of America, National Association
- Merrill Lynch & Co., Inc.
- Merrill Lynch, Pierce, Fenner & Smith Incorporated

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

VIRTUALAGILITY, INC. V. SALESFORCE.COM, INC., 2014-1232

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel for Appellee VirtualAgility, Inc. and counsel for each Appellant have been served with a true and correct copy of the above and foregoing document via the Court's CM/ECF system and via e-mail on January 22, 2014. A list of those so served appears below.

Edward K. Chin
Andrew Joseph Wright
Christian J. Hurt
Kirk Austin Voss
Robert Winn Cutler
David Neil Smith
Nix Patterson & Roach - Irving
5215 N O'Connor Blvd, Suite 1900
Irving, TX 75039
972-831-1188
edchin@me.com
andrewjwright@me.com
christianhurt@nixlawfirm.com
kirkvoss@nixlawfirm.com
winncutler@nixlawfirm.com
dneilsmith@me.com
agility@nixlawfirm.com

*Counsel for Appellee VirtualAgility, Inc.*

Nelson James Roach
Derek Tod Gilliland
Nix Patterson & Roach LLP - Daingerfield
205 Linda Drive
Daingerfield, TX 75638
903-645-7333
Email: njroach@nixlawfirm.com
Email: dgilliland@nixlawfirm.com

*Counsel for Appellee VirtualAgility, Inc.*

Darryl J. Adams
Kevin J. Meek
Baker Botts LLP
1500 San Jacinto Center
98 San Jacinto Blvd
Austin, TX 78701-4087
512-322-2583
darryl.adams@bakerbotts.com
kevin.meek@bakerbotts.com

*Counsel for Appellant Kimberly-Clark Corporation*

/s/: Jose C. Villarreal
Jose C. Villarreal