CORRECTED ORDER: JANUARY 23, 2014

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRTUALAGILITY INC.,**
*Plaintiff-Appellee,*

v.

**SALESFORCE.COM, INC., DELL, INC., DR. PEPPER SNAPPLE GROUP, INC., KIMBERLY-CLARK CORPORATION, NBCUNIVERSAL, INC., LIVINGSOCIAL, INC., FEDEX CORPORATION, BMC SOFTWARE, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA NATIONAL ASSOCIATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, FEDEX CORPORATE SERVICES, INC.,**
*Defendants-Appellants.*

---

2014-1232

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00011-JRG, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

# ORDER

Appellants submit motions to (1) expedite the briefing schedule and (2) stay the underlying district court proceedings pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

VirtualAgility, Inc.'s responses to the motions are due no later than 12:00pm, January 28, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19