NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VIRTUALAGILITY INC.,**
*Plaintiff-Appellee,*

**v.**

**SALESFORCE.COM, INC., DELL, INC., DR. PEPPER SNAPPLE GROUP, INC., KIMBERLY-CLARK CORPORATION, NBCUNIVERSAL, INC., LIVINGSOCIAL, INC., FEDEX CORPORATION, BMC SOFTWARE, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA NATIONAL ASSOCIATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, FEDEX CORPORATE SERVICES, INC.,**
*Defendants-Appellants.*

———————————

2014-1232

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00011-JRG, Judge J. Rodney Gilstrap.

———————————

**ON MOTION**

———————————

Before WALLACH, *Circuit Judge*.

# O R D E R

Salesforce.com et al. ("Salesforce") move to expedite the briefing schedule. VirtualAgility Inc. ("VirtualAgility") opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Salesforce's motion is granted as follows: Salesforce's initial brief is due no later than January 31, 2014. VirtualAgility's response brief is due no later than February 21, 2014. Salesforce's reply brief and the joint appendix are due no later than February 28, 2014. Oral argument, if deemed necessary by the court, will be scheduled by subsequent order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19