# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NOTICE OF ENTRY OF
JUDGMENT ACCOMPANIED BY OPINION**

OPINION FILED AND JUDGMENT ENTERED: 07/10/2014

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


cc: Darryl J. Adams
Joel Christian Boehm
Edward K. Chin
Derek Tod Gilliland
Christian John Hurt
Kevin J. Meek
Brian David Range
D. Neil Smith
Jose Carlos Villarreal
Andrew J. Wright

14-1232 - VirtualAgility Inc. v. Salesforce.com, Inc.
United States District Court for the Eastern District of Texas, Case No. 2:13-cv-00011-JRG