No. 2014-1232

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

VIRTUALAGILITY INC.,

*Plaintiff-Appellee,*

v.

SALESFORCE.COM, INC., DELL, INC., DR. PEPPER SNAPPLE GROUP, INC., KIMBERLY-CLARK CORPORATION, NBCUNIVERSAL, INC., LIVINGSOCIAL, INC., FEDEX CORPORATION, BMC SOFTWARE, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA NATIONAL ASSOCIATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, FEDEX CORPORATE SERVICES, INC.,

*Defendants-Appellants*.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:13-CV-00011-JRG-RSP, Judge Rodney Gilstrap.

**UNOPPOSED MOTION OF APPELLEE FOR 14-DAY EXTENSION
OF TIME TO FILE PETITION FOR REHEARING**

Pursuant to Fed. Cir. R. 26, Appellee requests that the time for filing the petition for rehearing, now due on August 11, 2014, be extended fourteen (14) days to August 25, 2014. This is Appellee's first request for

1

an extension of time. Counsel for Appellee has discussed this motion with counsel for Appellants and is authorized to state that the Appellants do not object to the relief requested in this motion.

Good cause exists for the requested extension. Counsel for Appellee, Thomas C. Goldstein, was recently retained as lead counsel on July 25, 2014 for the purposes of preparing and filing a petition for rehearing. Appellee requests a fourteen-day extension of time in order to review the record in this appeal, as well as the opinion, which addressed issues of first impression regarding the construction and application of Section 18(b) of the America Invents Act.

In addition, Counsel for Appellee has a number of appellate submissions due in the U.S. Courts of Appeals and the U.S. Supreme Court during the same time frame. Specifically, Mr. Goldstein is actively briefing three separate merits cases before the Supreme Court of the United States: *Omnicare v. Laborers District Council Construction Industry Pension Fund*, No. 13-435 (brief currently due Aug. 25, 2014); *Mach Mining v. EEOC*, No. 13-1019 (brief currently due September 4, 2014); and *Gelboim v. Bank of America*, No. 13-1173 (brief currently due Aug. 29, 2014). Mr. Goldstein is also currently briefing a petition for certiorari involving a complex Federal Reserve Board rulemaking, *see National Assoc. of Convenience Stores v.*

*Board of Governors of the Federal Reserve*, No. 13A1199 (petition currently due Aug. 18, 2014), and a major class-certification appeal in the Fifth Circuit, *see Juan Ramon Torres v. SGE Management*, No. 14-20128 (brief currently due Aug. 20, 2014).

A proposed order is attached.

| | |
|---|---|
| DATED: July 29, 2014. | Respectfully submitted, |
| | /s/ Thomas C. Goldstein |

Thomas C. Goldstein
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD  20814
(202) 362-0636

**D. NEIL SMITH**
TEXAS STATE BAR NO. 00797450
**EDWARD CHIN**
TEXAS STATE BAR NO. 50511688
**ANDREW J. WRIGHT**
TEXAS STATE BAR NO. 24063927
**KIRK VOSS**
TEXAS STATE BAR NO. 24075229
**CHRISTIAN HURT**
TEXAS STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dneilsmith@mac.com

3

edchin@me.com
andrewjwright@me.com
kirkvoss@me.com
christianhurt@nixlawfirm.com

**DEREK GILLILAND**
TEXAS STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFF-APPELLEE VIRTUALAGILITY, INC.**

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellee, Thomas C. Goldstein, certifies the following:

1. The full name of every party or amicus represented by me is: VirtualAgility Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: None

4. The names of all law firms and partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are: Nix Patterson & Roach, LLP; Andrew Joseph Wright; Christian J. Hurt; Derek Tod Gilliland; Edward K. Chin; Kirk Austin Voss; Nelson James Roach; Robert Winn Cutler; David Neil Smith; Thomas C. Goldstein; Goldstein & Russell, P.C.

DATED: July 28, 2014.                    Respectfully submitted,

/s/ Thomas C. Goldstein

_____

THOMAS C GOLDSTEIN
*Attorney for Plaintiff-Appellee*

**CERTIFICATE OF SERVICE**

On this 29th day of July, 2014, I electronically filed the foregoing motion with the Court using the CM/ECF system. The following counsel are registered CM/ECF users and will be served by the appellate CM/ECF system.

Jose C. Villarreal
Wilson Sonsini Goodrich & Rosati, P.C.
900 S. Capitol of Texas Hwy, Las Cimas IV, 5th Floor
Austin, Texas 78746
(512) 338-5400
(512) 338-5499 (Fax)
Email: jvillarreal@wgsr.com

Larry K. Shatzer
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
(202) 973-8803
(202) 973-8899 (Fax)
Email: lshatzer@wsgr.com

Kevin J. Meek
Baker Botts
98 San Jacinto Blvd
Suite 1500
Austin, Texas 78701-4078
Email: kevin.meek@bakerbotts.com

Darryl J. Adams
Kimberly-Clark Corporation
Baker Botts
98 San Jacinto Blvd
Suite 1500

Austin, Texas 78701-4078
Email: darryl.adams@bakerbotts.com

/s/ Thomas C. Goldstein

———————————————

THOMAS C GOLDSTEIN
*Attorney for Plaintiff-Appellee*

No. 2014-1232

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

VIRTUALAGILITY INC.,

*Plaintiff-Appellee*,

v.

SALESFORCE.COM, INC., DELL, INC., DR. PEPPER SNAPPLE GROUP, INC., KIMBERLY-CLARK CORPORATION, NBCUNIVERSAL, INC., LIVINGSOCIAL, INC., FEDEX CORPORATION, BMC SOFTWARE, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA NATIONAL ASSOCIATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, FEDEX CORPORATE SERVICES, INC.,

*Defendants-Appellants*.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:13-CV-00011-JRG-RSP, Judge Rodney Gilstrap.

**ORDER**

Upon consideration of the Appellee's Unopposed Motion for 14-Day Extension for Time to File Petition for Rehearing, it is

ORDERED that the Appellant's motion is granted and that the Appellant's brief is due August 25, 2014.

FOR THE COURT

DATE: _____          _____
                               Daniel E. O'Toole
                               Clerk of Court

cc:

**THOMAS C. GOLDSTEIN**
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD  20814
(202) 362-0636

**D. NEIL SMITH**
TEXAS STATE BAR NO. 00797450
**EDWARD CHIN**
TEXAS STATE BAR NO. 50511688
**ANDREW J. WRIGHT**
TEXAS STATE BAR NO. 24063927
**KIRK VOSS**
TEXAS STATE BAR NO. 24075229
**CHRISTIAN HURT**
TEXAS STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dneilsmith@mac.com
edchin@me.com
andrewjwright@me.com

9

kirkvoss@me.com
christianhurt@nixlawfirm.com

**DEREK GILLILAND**
TEXAS STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)
dgilliland@nixlawfirm.com

Jose C. Villarreal
Wilson Sonsini Goodrich & Rosati, P.C.
900 S. Capitol of Texas Hwy, Las Cimas IV, 5th Floor
Austin, Texas 78746
(512) 338-5400
(512) 338-5499 (Fax)
Email: jvillarreal@wgsr.com

Larry K. Shatzer
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006
(202) 973-8803
(202) 973-8899 (Fax)
Email: lshatzer@wsgr.com

Kevin J. Meek
Baker Botts
98 San Jacinto Blvd
Suite 1500
Austin, Texas 78701-4078
Email: kevin.meek@bakerbotts.com

Darryl J. Adams
Kimberly-Clark Corporation
Baker Botts
98 San Jacinto Blvd
Suite 1500

Austin, Texas 78701-4078
Email: darryl.adams@bakerbotts.com

Case: 14-1232  Document: 59  Page: 11  Filed: 07/29/2014