# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK**

**TELEPHONE: 202-275-8000**
**FAX: 202-275-9678**

September 10, 2014

Darryl J. Adams
Baker Botts LLP
Suite 1500
98 San Jacinto Blvd.
Austin, TX 78701

Jose Carlos Villarreal
Wilson, Sonsini, Goodrich & Rosati, PC
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746

    RE: VirtualAgility Inc. v. Salesforce.com, Inc.; Appeal No. 14-1232

Dear Counsel:

    The court invites a response from the Appellants to the Appellee's petition for rehearing en banc.

    Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before September 24, 2014.

    Very truly yours,

    /s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court