NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**VIRTUALAGILITY INC,**
*Plaintiff-Appellee,*

v.

**SALESFORCE.COM, INC., DELL, INC., DR. PEPPER SNAPPLE GROUP, INC., KIMBERLY-CLARK CORPORATION, NBCUNIVERSAL, INC., LIVINGSOCIAL, INC., FEDEX CORPORATION, BMC SOFTWARE, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA NATIONAL ASSOCIATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,** AND **FEDEX CORPORATE SERVICES, INC.,**
*Defendants-Appellants.*

2014-1232

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00011-JRG, Judge J. Rodney Gilstrap.

**ON PETITION FOR REHEARING EN BANC**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN and HUGHES, *Circuit Judges*.[*]

PER CURIAM.

# O R D E R

Appellee VirtualAgility, Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by the appellants. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on November 4, 2014.

FOR THE COURT

| | |
|---|---|
| October 28, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[*]   Circuit Judge Dyk did not participate.